**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEFFREY DUNN and ANN DUNN, his wife, | CIVIL ACTION NO. 3:14-CV-01736 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| JAMES GRAHAM and PITTSTON TOWNSHIP, | |
| Defendants. | |

## ORDER

**NOW**, this 2nd day of November, 2017, upon review of Defendants' Motion for Summary Judgment (Doc. 63), **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part.

    (a) Judgment is **ENTERED** in favor of Defendants and against Plaintiffs on Counts II, III, IV, and V of Plaintiffs' Amended Complaint (Doc. 15).

    (b) Defendants' Motion for Summary Judgment is **DENIED** with respect to Count I of Plaintiffs' Amended Complaint.

(2) This matter is removed from the December 2017 Trial List and placed on the April 2018 Trial List.

                                               /s/ A. Richard Caputo
                                               A. Richard Caputo
                                               United States District Judge